**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7894**

———————————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

JOYCE TORIAN THOMPSON,

                                        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (CR-87-53)

———————————

Submitted:  March 21, 2002          Decided:  March 28, 2002

———————————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Joyce Torian Thompson, Appellant Pro Se.  Linda Kaye Teal, Cary,
North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joyce Thompson appeals the denial of her motion to modify a term of imprisonment pursuant to 18 U.S.C.A. § 3582(c)(2) (West 2000). The district court denied the motion by margin order dated May 12, 2001, and entered May 14, 2001. Thompson seeks to obtain the benefit of an amendment to the United States Sentencing Guidelines. However, Thompson was not sentenced under the Guidelines, and therefore the amendments are not applicable to her. Therefore, we affirm the district court's denial of her motion to modify. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2